IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SANDRA FRANKLIN, | |
|---|---|
| Plaintiff, | 8:17CV398 |
| vs. | |
| MFP MID-AMERICA SHOPPING CENTERS, LLC, | ORDER TO SHOW CAUSE |
| Defendant. | |

This matter comes before the court after a review of the court file and pursuant to NECivR 41.2, which states in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff commenced this action on October 18, 2017. (Filing No. 1). On October 24 and November 10, 2017, counsel entered appearances for Defendant. (Filing Nos. 6 and 7). On November 13, 2017, the Court granted Defendant's Stipulated Motion for an Extension of Time to File a Responsive Pleading and extended the responsive pleading deadline to December 14, 2017. (Filing Nos. 8 and 9). On December 14, 2017, the Court granted Defendant's second Stipulated Motion for an Extension of Time to File a Responsive Pleading and extended the responsive pleading deadline to January12, 2018. (Filing Nos. 10 and 11). No further action has taken place in this case.

Plaintiff has a duty to prosecute the case against Defendant. The plaintiff may, for example, seek default in accordance with the applicable rules, voluntarily dismiss the action, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute or the action must be dismissed. Accordingly,

**IT IS ORDERED:** On or before **February 26**, **2018**, Plaintiff must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

Dated this 12th day of February, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge